IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DARIAN TOWNES,   *

      Plaintiff,   *

v.   Case No. 7:23-cv-62 (HL-TQL)

    *

HEATHER DAVIS, et al.,

    *

      Defendants.

    *

## JUDGMENT

Pursuant to this Court's Order dated October 13, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 13th day of October, 2023.

                David W. Bunt, Clerk

                s/ Kathleen S. Logsdon, Deputy Clerk